UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA M. USHKEVICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN J. SCULLY, M.D. and PLASTIC ) <br> COSMETIC & RECONSTRUCTIVE SURGERY ) <br> OF MERRIMACK VALLEY, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 20-11817-JGD |

## **ORDER ON PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER**

This matter is before the court on the "Joint Motion of the Parties to Amend Scheduling Order" (Docket No. 30). After consideration of the parties' written submission, the motion is ALLOWED as follows:

1. The court adopts the following deadlines proposed by the parties:

    (a) The parties shall complete all fact discovery, including any fact witness depositions, by **March 30, 2023**.

    (b) The plaintiff shall disclose any expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by **May 30, 2023**.

    (c) The defendants shall disclose any expert witnesses, pursuant to Fed. R. Civ. P. 26(a)(2), by **June 30, 2023**.

    (d) Any expert witness depositions shall be completed by **July 31, 2023**.

    (e) The parties shall file any dispositive motions by **August 31, 2023**. Any oppositions to such motions shall be filed by **October 2, 2023**.

    (f) Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include

numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

2. As part of any L.R. 7.1 consultation in connection with any issue to be brought to the court's attention, the parties shall discuss and try to reach an agreement as to the appropriate way to bring the dispute to the attention of the court, including whether full briefing and/or in-person oral argument is necessary. The parties shall notify the court of their proposal as to how best to proceed.

3. The next status conference shall take place on **March 1, 2023, at 2:30 p.m.** The court will determine the format and location of the conference at a later date. At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 3 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached but shall not identify their respective positions.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: May 17, 2022